UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PRAVEEN KHURANA,                    )
                                    )
                                    )    No. CV-13-00181-JLQ
                   Plaintiff,       )
                                    )    ORDER RE: PLAINTIFF'S MOTION
     vs.                            )    TO DISMISS
                                    )
                                    )
CITY OF NEWPORT, et al.             )
                                    )
                   Defendants.      )
                                    )

        BEFORE THE COURT is Plaintiff's Motion to Dismiss (ECF No. 13) and
the City of Newport's Response (ECF No. 21).  Plaintiff's Motion was submitted to
the Court without oral argument.

    **I. Discussion**

        Plaintiff seeks to dismiss his state law causes of action against the City
because he failed to file a "notice of tort claim" prior to filing suit pursuant to
Washington statute, RCW 4.96.020.   Plaintiff is proceeding *pro se.*  He seeks to
dismiss the claims, provide the city with notice of tort claim, wait 60 days, and
then amend his complaint herein to re-assert the claims.  The City's Response
states that it would prefer the claims not be dismissed at this time, and would
rather address the merits of the claims.  The City further states, "the issue of lack
of service of the notice of claim will not be raised as a defense by the City, in an
effort to keep the matter moving along." (ECF No. 21, p. 2).

        The City did not timely file an Answer or otherwise respond to the First
Amended Complaint.  The court issued an Order to Show Cause.  The City filed
an Answer (ECF No. 19) in response to the court's Order.  The Answer does assert
at Paragraph 92, as an affirmative defense, that: "Plaintiff has failed to file a notice
of claim upon the City prior to commencing the action."  However, also before the
court is the Declaration of Brian Christensen, counsel for the City, which states in
part: "as stated in the response to plaintiff's motion to dismiss a portion of the

ORDER - 1

claims, I would prefer to deal with the legal issues involved with all the claims in the motion I am filing and not unnecessarily delay this matter by having plaintiff re-file and amend at a later time." (ECF No. 20).

The statutory notice requirement is an affirmative defense.  The defense can be waived.  See *Brevick v. City of Seattle*, 139 Wash.App. 373 (2007).  At the time Plaintiff's Motion to dismiss was filed, the City had not asserted the defense.  The City's Answer does assert the defense, but two concurrently filed documents, including the Declaration of counsel for the City, both state they will proceed on the claims without asserting the defense.  Accordingly, the court finds the City has waived the defense based on the tort claim notice statute.  The City's decision to waive this defense and proceed with adjudication on the merits is commendable, and in the interests of judicial economy.

As Plaintiff is proceeding *pro se*, the court informs Plaintiff that he may move to dismiss any claim he so chooses pursuant to Fed.R.Civ.P. 41.  The court is denying his Motion at this time because Plaintiff sought to dismiss, and then re-assert, the claims and cited to Rule 15, governing amendment of pleadings.  Thus, it appears Plaintiff sought to dismiss the claims only because of the City's tort claim notice defense, which has now been waived.

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss (ECF No. 13) is **DENIED**.  Plaintiff's request to dismiss, with leave to re-assert the claims 60 days later, was based on the City's tort claim notice defense.  The City has waived that defense.

2. The Court has considered the City's response to the Court's Order to Show Cause concerning the untimely filing of the Answer.  The Court does not find the City in default, and accepts the filing of the Answer.

1

   **IT IS SO ORDERED**.   The Clerk is hereby directed to enter this Order,

2   furnish a copy to Plaintiff, and to counsel.

3       DATED this 4th day of October, 2013.

                          s/ Justin L. Quackenbush
4                      JUSTIN L. QUACKENBUSH
                   SENIOR UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 3