# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PRAVEEN KHURANA

*Plaintiff*

v.

CITY OF NEWPORT, et al

*Defendant*

Civil Action No.  CV-13-181-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  1. The federal claims, Counts II, III, IV, V, XII, and XIII, as to Defendants Akers, Sutton, and the City, are dismissed with prejudice.
2. The state law claims in Counts VII, VIII, X, and the portion of Count XI asserting abuse of process, fail to state a claim upon which relief can be granted.  Those counts are hereby dismissed with prejudice.
3. The court declines supplemental jurisdiction over Plaintiff's remaining state law claims which may state a claim for relief: Count I-Interference with Business Expectancy; Count VI - Negligent or Intentional Infliction of Emotional Distress; Count IX- Fraudulent Misrepresentation; and that portion of Count XI asserting False Imprisonment.  Those claims are dismissed without prejudice to Plaintiff pursuing them in state court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  January 16, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy

*(By) Deputy Clerk*

Cheryl Cambensy